IRENE RUZIN, Attorney at Law (CSB #125763)
Law Offices of Irene Ruzin
16311 Ventura Blvd., Suite 900
Encino, CA 91436
TEL: (818) 325-2888 FAX: (818) 325-2890
ireneruzin@earthlink.net

Attorney for Plaintiff, JOYCE LORETTA JONES-CLINE

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | | |
|---|---|---|
| JOYCE LORETTA JONES-CLINE, | ) | Case No.: CV 14-2455 PLA |
| | ) | |
| Plaintiff, | ) | ORDER |
| vs. | ) | AWARDING EAJA FEES |
| | ) | |
| CAROLYN W. COLVIN, | ) | |
| Commissioner of Social Security, | ) | HON. PAUL L. ABRAMS |
| | ) | UNITED STATES MAGISTRATE |
| Defendants. | ) | JUDGE |
| | ) | |

   Based upon the parties' Stipulation for Award of EAJA Fees ("Stipulation"),

   **IT IS ORDERED** that attorney's fees under the Equal Access to Justice Act

("EAJA") are awarded in the amount of FOUR THOUSAND EIGHT HUNDRED

DOLLARS ($4,800.00) for all legal services rendered by Plaintiff's attorney in this

civil action under 28 U.S.C. §2412(d) and costs in the amount of FOUR

HUNDRED DOLLARS ($400.00) under 28 U.S.C. §1920, and subject to the terms

and conditions of the Stipulation.

DATED: March 19, 2015

                      _____
                      HON. PAUL L. ABRAMS
                      U.S. MAGISTRATE JUDGE